## Commonwealth *v.* Spidle, Appellant.

Submitted September 8, 1969. *Murray B. Frazee, Jr.*, Public Defender, for appellant; *Oscar F. Spicer*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Stanley, Appellant.

Argued September 9, 1969. *Simon J. Denenberg*, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sterner, Appellant.

Argued September 11, 1969. *Wallace C. Worth, Jr.*, for appellant; *Wardell F. Steigerwalt*, Assistant District Attorney, with him *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.